IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RICHARD HOLLINS                                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 5:07cv187 DCB-JMR

KIRK SMITH; THE WILKINSON COUNTY
DEMOCRATIC EXECUTIVE COMMITTEE; and
THE WILKINSON COUNTY BOARD OF
ELECTION COMMISSIONERS                                            DEFENDANTS

**AGREED ORDER OF DISMISSAL**

THIS ACTION being before the Court on the agreement of all parties, and the Court

being fully advised in the premises, finds that this case should be and is hereby dismissed without

prejudice.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2008.

s/ Daniel P. Jordan III
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Carroll E. Rhodes
CARROLL E. RHODES, Esq.
Attorney for Plaintiff, Richard Hollins
Law Office of Carroll Rhodes
P. O. Box 588
Hazlehurst, MS 39083
(601) 894-4323 (phone)
(601) 894-1464 (fax)
crhode@bellsouth.net

/s/ Ben J. Piazza, Jr.

BEN J. PIAZZA, JR., Esq.
Attorney for Defendant, Kirk Smith
Keys, Bryson & Piazza
P. O. Box 12445
Jackson, MS 39236-2445
(601) 956-2345 (phone)
(601) 956-2302 (fax)
bjpiazza@schoolaw.com


/s/ Michael S. Allred

MICHAEL S. ALLRED, Esq.
Attorney for Defendant,  TheWilkinson County
Democratic Executive Committee
P. O. Box 3828
Jackson, MS 39207-3828
601-713-1414 (phone)
601-718-3259 (fax)
mallred@allredlaw.com


/s/ David Shepherd Crawford

DAVID SHEPHERD CRAWFORD, Esq.
Attorney for The Wilkinson County Board of
Election Commissioners
P. O. Box 1017
Woodville, MS 39669-1017
(601) 888-3102 (phone)
(601) 888-3104 (fax)
swr_wcalaw@bellsouth.net